# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL MAGALLON,<br><br>Defendant. | Case No.  1:20-cv-00962-NONE-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 3, 6) |

A mandatory scheduling conference is currently set for October 6, 2020.  (ECF No. 3.)  On September 30, 2020, the parties filed a stipulation requesting the scheduling conference be continued for a period of approximately five weeks to allow additional time for the parties to discuss the underlying merits of the action.  (ECF No. 6.)  The Court finds good cause to continue the scheduling conference.

Accordingly, the mandatory scheduling conference set for October 6, 2020, is HEREBY CONTINUED to **November 12, 2020, at 11:30 a.m.** in Courtroom 9.  The parties shall file a joint scheduling report **seven (7) days** prior to the continued date.

IT IS SO ORDERED.

Dated:   **September 30, 2020**

UNITED STATES MAGISTRATE JUDGE

1