# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL MAGALLON,<br><br>Defendant. | Case No.  1:20-cv-00962-NONE-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 7, 8) |

This action was filed on July 10, 2020, and a mandatory scheduling conference was initially set for October 6, 2020.  (ECF Nos. 1, 3.)  On September 11, 2020, Defendant filed an answer.  (ECF No. 5.)  On October 1, 2020, pursuant to the parties' stipulation, the Court continued the scheduling conference until November 12, 2020.  (ECF No. 7.)  On November 9, 2020, the parties filed a second stipulation to continue the scheduling conference.  (ECF No. 8.)  The parties now proffer that discussions between the parties have resulted in ongoing settlement discussions, and the parties believe it would be more efficient to continue the scheduling conference for a period of sixty (60) days in anticipation of resolving the parties' disputes without judicial intervention.  (Id. at 2.)  The Court finds good cause to continue the scheduling conference, however, given the Court set a deadline to file a joint scheduling report seven (7) days prior to the scheduling conference, the parties should have filed the request to continue the conference prior to such deadline, and the Court expects the parties to file any similar request in the future prior to such deadline.

1    Accordingly, the mandatory scheduling conference set for November 12, 2020, is

2   HEREBY CONTINUED to **January 19, 2021, at 11:00 a.m.** in Courtroom 9.  The parties shall

3   file a joint scheduling report **seven (7) days** prior to the continued date.

4

5   IT IS SO ORDERED.

6   Dated:   **November 9, 2020**

    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28