IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 1:20-cv-00962-NONE-SAB |
| v. | ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE |
| MANUEL MAGALLON, | |
| Defendant. | (ECF No. 10) |

On January 12, 2021, a stipulation was filed to continue the mandatory scheduling conference. The Court finds that the parties have shown that good cause exists to continue the scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The mandatory scheduling conference set for January 19, 2021, is CONTINUED to **March 11, 2021, at 10:00 a.m.** in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**January 12, 2021**__        _____
                                                                    UNITED STATES MAGISTRATE JUDGE

1