# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL MAGALLON,<br><br>Defendant. | Case No. 1:20-cv-00962-NONE-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 11, 12) |

This action was filed on July 10, 2020, and a mandatory scheduling conference was initially set for October 6, 2020. (ECF Nos. 1, 3.) On September 11, 2020, Defendant filed an answer. (ECF No. 5.) Following multiple continuances, the scheduling conference is currently set for March 11, 2021. (ECF No. 11.) On March 9, 2021, the parties filed a stipulation requesting the scheduling conference be further continued for a period of at least fourteen (14) days, as the parties are close to reaching a settlement of this action. (ECF No. 12.)

The Court finds good cause to continue the scheduling conference, however, as the parties have previously been informed (ECF No. 9), the Court expects any requests to continue a scheduling conference to be filed prior to the deadline for filing a joint scheduling report, and the parties have again failed to do so.

///

///

///

///

1    Accordingly, the mandatory scheduling conference set for March 11, 2021, is HEREBY
2 CONTINUED to **April 8, 2021, at 10:30 a.m.** in Courtroom 9.  The parties shall file a joint
3 scheduling report **seven (7) days** prior to the continued date.

IT IS SO ORDERED.

Dated: __**March 9, 2021**__

UNITED STATES MAGISTRATE JUDGE