# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL MAGALLON,<br><br>Defendant. | Case No. 1:20-cv-00962-NONE-SAB<br><br>ORDER VACATING SCHEDULING CONFERENCE<br><br>(ECF Nos. 13, 14) |

This action was filed on July 10, 2020, and a mandatory scheduling conference was initially set for October 6, 2020. (ECF Nos. 1, 3.) On September 11, 2020, Defendant filed an answer. (ECF No. 5.) Following multiple continuances, the scheduling conference is currently set for April 8, 2021. (ECF No. 13.) On April 7, 2021, one day prior to the scheduling conference, the parties filed a stipulation for the entry of judgment. (ECF No. 14.)

The Court shall vacate the scheduling conference given the filed stipulation for the entry of judgment. However, the Court admonishes the parties for not filing any sort of request to continue the scheduling conference or a status report at least seven (7) days prior to the scheduling conference. Twice previously in this case, the Court notified the parties that it expected requests to continue a scheduling conference to be filed prior to the deadline for filing a joint scheduling report. (ECF Nos. 9 at 1, 13 at 1.) While the parties now seek entry of judgment, he Court still expects the parties to apprise the Court of the status of the action when the scheduling report is due, rather than on the eve of the conference.

Accordingly, the mandatory scheduling conference set for April 8, 2021, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: **April 7, 2021**

UNITED STATES MAGISTRATE JUDGE