UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>MANUEL MAGALLON,<br><br>    Defendant. | No. 1:20-cv-00962-NONE-SAB<br><br>ORDER APPROVING AND ENTERING STIPULATED JUDGMENT<br><br>(DOC. NO. 14) |

Having received and reviewed the parties' stipulation for entry of judgment (Doc. No. 14), it is hereby ORDERED:

1. The stipulation for entry of judgment (Doc. No. 14) is approved;
2. Final judgment is entered in favor of the United States and against Manuel Magallon. Manuel Magallon is indebted to the United States for unpaid federal income tax liabilities for the 2005, 2015, and 2016 tax years in the amount of $298,026.23 as of March 8, 2021, plus interest and other statutory additions as provide by law, which will continue to accrue until paid in full, as provided by 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6621 and 6622.

/////

/////

/////

1

3. Each party shall bear its own costs and fees

IT IS SO ORDERED.

Dated: **April 12, 2021**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE

2